AO 440 (Rev. 8/01) Summons in a Civil Action

Disabled Patriots & Kramer v. Starwood Chicago Tremont Realty, LLC.  08-cv-389

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 1-22-08 |
| NAME OF SERVER (Print) | TITLE | FedEx |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): via FedEx

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-22-08         _Jacquline London_
              Date                   Signature of Server

Fuller, Fuller & Associates PA
12000 Biscayne Blvd #609
North Miami FL 33181
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

From: Origin ID: TMBA (305)891-5199
Thomas B. Bacon, Esq.
Fuller, Fuller & Associates
12000 Biscayne Blvd., Suite 609

North Miami, FL 33181



CLS090807/21/23

Ship Date: 18JAN08
ActWgt: 1 LB
System#: 5092359/INET7091
Account#: S ********

Delivery Address Bar Code

SHIP TO: (312)345-4320        BILL SENDER
STARWOOOD CHICAGO TREMONT REALTY
CT Corporation System
208 S LASALLE ST STE 814

CHICAGO, IL 606041101

Ref # 3909
Invoice #
PO #
Dept #

TRK# 7924 9082 4660
0201

MON - 21JAN    A1
STANDARD OVERNIGHT

XH-CHIA

ORD
IL-US
60604



Shipping Label: Your shipment is complete.

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

of 1

1/18/2008 4:10 PM



Close Window

**Track Shipments/FedEx Kinko's Orders**
**Detailed Results**

Print

| | | | |
|---|---|---|---|
| Tracking number | 792490824660 | Reference | 3909 |
| Signed for by | P.GALBRAITH | Destination | CHICAGO, IL |
| Ship date | Jan 18, 2008 | Delivered to | Receptionist/Front Desk |
| Delivery date | Jan 22, 2008 10:06 AM | Service type | Standard Envelope |
| | | Weight | 0.5 lbs. |

**Status**    Delivered

**Signature image available**    No

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 22, 2008 | 10:06 AM | Delivered | CHICAGO, IL | |
| | 7:39 AM | On FedEx vehicle for delivery | CHICAGO, IL | |
| Jan 21, 2008 | 2:20 PM | At local FedEx facility | CHICAGO, IL | |
| | 9:54 AM | Delivery exception | CHICAGO, IL | Holiday - Business closed |
| | 9:54 AM | Delivery exception | CHICAGO, IL | Holiday - Business closed |
| | 9:54 AM | On FedEx vehicle for delivery | CHICAGO, IL | |
| Jan 19, 2008 | 8:30 AM | At local FedEx facility | CHICAGO, IL | Package not due for delivery |
| | 8:22 AM | At local FedEx facility | CHICAGO, IL | |
| | 6:48 AM | At dest sort facility | CHICAGO, IL | |
| | 3:56 AM | Departed FedEx location | MEMPHIS, TN | |
| Jan 18, 2008 | 11:16 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 8:27 PM | Left origin | NORTH MIAMI BEACH, FL | |
| | 6:00 PM | Picked up | NORTH MIAMI BEACH, FL | |
| | 3:09 PM | Package data transmitted to FedEx | | |

E-mail results    Track more shipments/orders

**Subscribe to tracking updates (optional)**

Your name:                Your e-mail address:

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |