## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

DISABLED PATRIOTS OF AMERICA, INC.; a
Florida Non Profit Corporation, and BONNIE
KRAMER, Individually,

        Plaintiffs,

v.

STARWOOD CHICAGO TREMONT REALTY
LLC, a Delaware Limited Liability Corporation,

        Defendant.

Case No. 08-cv-389

Judge Nordberg
Magistrate Judge Keys

## FED.R.CIV.P. 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

PURSUANT TO Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, and by and through counsel, Plaintiff, DISABLED PATRIOTS OF AMERICA, INC., hereby represents that it has no corporate or other parents, subsidiaries, or affiliates, securities or other interests which are publicly-held.

Respectfully Submitted,

Thomas B. Bacon, Esquire
FULLER, FULLER & ASSOCIATES, P.A.
Co-Counsel for Plaintiffs
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 891-5199
(305) 893-9505 - Facsimile

By: _____
    Thomas B. Bacon, Esquire
    ND IL Bar No. 139262

Date: 1/16/2008

Jerome G. Silbert, Esquire
JEROME G. SILBERT ATTORNEY AT LAW
Co-Counsel for Plaintiffs
10 S Riverside Plaza, Suite 1020
Chicago, IL 60606
(312) 207-0181
(312) 207-1332 - Facsimile

By: _____
    Jerome G. Silbert, Esquire
    IL Bar No. 13600

Date: January 16, 2008

3989 – The Tremond Hotel Complaint Pkg (Il 1-11-08).wpd