**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC. )<br>a Florida not for profit corporation, and )<br>BONNIE KRAMER, Individually )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>STARWOOD CHICAGO TREMONT )<br>REALTY LLC, a Delaware Limited Liability )<br>Corporation )<br>)<br>Defendant. ) | Case No.  08 C 389<br><br>Judge John A. Nordberg<br>Magistrate Judge Keys |

**AGREED MOTION FOR AN EXTENSION OF TIME
FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT**

NOW COMES Defendant Starwood Chicago Tremont Realty LLC ("Starwood"), by and through its attorneys, and moves this Court to enter an Order granting Starwood an extension, up to and including February 29, 2008, in which to respond to Plaintiffs' Complaint.  In support of this Motion, Starwood states as follows:

1. The undersigned counsel were recently retained by Starwood to represent it in this matter.  Starwood was served with the complaint on or about January 23, 2008.

2. Starwood needs additional time to conduct an appropriate investigation of the factual and legal bases of the allegations in Plaintiffs' Complaint in order to prepare a proper response thereto.

3. This Motion is not made for the purpose of delay, and Plaintiffs will not be prejudiced by the short extension requested.

4. Plaintiffs' counsel consents to this Motion.

WHEREFORE, Defendant Starwood Chicago Tremont Realty LLC, prays that this Honorable Court enter an Order granting it an extension, up to and including February 29, 2008, within which to file a response.

Dated: February 8, 2008    Respectfully submitted,

STARWOOD CHICAGO TREMONT REALTY LLC

By:   /s/ Derek S. Holland
         One of its Attorneys

Steven R. Smith, #3128231
Derek S. Holland, #6285564
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050

*and*

Dermot Sullivan
Bryan Cave LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 541-2135
Facsimile: (212) 261-9855

2

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 8th day of February, 2008, a true and complete copy of the foregoing document was served, via the Court's electronic filing system, upon the following counsel of record:

Thomas B. Bacon, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL  33181

Jerome G. Silbert, Esq.
10 S. Riverside Plaza, Suite 1020
Chicago, Illinois  60606

   ___/s/ Derek S. Holland_____
        Derek S. Holland