IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC. )<br>a Florida not for profit corporation, and )<br>BONNIE KRAMER, Individually )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>STARWOOD CHICAGO TREMONT )<br>REALTY LLC, a Delaware Limited Liability )<br>Corporation )<br>)<br>Defendant. ) | Case No. 08 C 389<br><br>Judge John A. Nordberg<br>Magistrate Judge Keys |

### NOTICE OF AGREED MOTION

To:  All counsel of record (see attached Certificate of Service)

　　　PLEASE TAKE NOTICE that on <u>Wednesday, February 13, 2008 at 2:30 p.m.</u>, the undersigned shall appear before the Honorable John A. Nordberg, in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn, Chicago, Illinois, and then and there present an AGREED MOTION FOR EXTENSION OF TIME, a copy of which is attached hereto.

Dated: February 8, 2008　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　STARWOOD CHICAGO TREMONT REALTY
　　　　　　　　　　　　　　　　　LLC


　　　　　　　　　　　　　　　　　By: __/s/ Derek S. Holland_____
　　　　　　　　　　　　　　　　　　　One of its Attorneys

Steven R. Smith, #3128231
Derek S. Holland, #6285564
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050

*and*

Dermot Sullivan
Bryan Cave LLP
1290 Avenue of the Americas
New York, New York  10104
Telephone: (212) 541-2135
Facsimile:  (212) 261-9855

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 8th day of February, 2008, a true and complete copy of the foregoing document was served, via the Court's electronic filing system, upon the following counsel of record:

Thomas B. Bacon, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL  33181

Jerome G. Silbert, Esq.
10 S. Riverside Plaza, Suite 1020
Chicago, Illinois  60606

                                                /s/ Derek S. Holland
                                                   Derek S. Holland