UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and BONNIE KRAMER, Individually,<br>Plaintiffs,<br><br>v.<br><br>STARWOOD CHICAGO TREMONT REALTY, LLC, a Delaware Limited Liability Company,<br>Defendant. | Case No.: 1:08-CV-00389<br><br>Judge John A. Nordberg<br><br>**AFFIDAVIT OF THOMAS BACON** |

THOMAS B. BACON, being duly sworn, hereby deposes and says as follows:

1. I am the attorney for the Plaintiffs in the above captioned action. The property at issue in the instant action is The Tremont Hotel, located at 100 E. Chestnut Street, Chicago, IL 60611, in Cook County.

2. This is an action for injunctive relief to remove barriers to access pursuant to the Americans With Disabilities Act, 42 U.S.C. Sections 12181, et seq.

3. Accordingly, venue is proper in the Northern District of Illinois.

Respectfully submitted,

_____
Thomas B. Bacon, Esq. #139262
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
Tel. (305) 891-5199; Fax (305) 893-9505
Tbb@fullerfuller.com

State of FLORIDA           )
County of MIAMI-DADE       )

SWORN TO AND SUBSCRIBED before me this 11th day of February 2008, by Thomas B. Bacon, who is personally known to me.

_____
Notary Public Florida at Large



Alicia S. Lamar-Hepburn
Commission # DD562415
Expires June 11, 2010
Bonded Troy Fain - Insurance, Inc. 800-385-7019