UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and BONNIE KRAMER, Individually, : : : : Plaintiffs, : : v. : : STARWOOD CHICAGO TREMONT REALTY LLC, a Delaware Limited Liability Corporation, : : : Defendant. : : _____/ : | Case No. 08 c 389 Judge Nordberg Magistrate Judge Keys |

**STARWOOD CHICAGO TREMONT REALTY, LLC'S
NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT**

Defendant Starwood Chicago Tremont Realty, LLC, through its attorneys, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Local Rule 3.2, state that there are no entities required to be identified in response to this Rule.

Dated: February 29, 2008

Respectfully submitted,

STARWOOD CHICAGO TREMONT
REALTY LLC, a Delaware Limited
Liability Corporations,

By: \_\_\_\_/s/ Derek S. Holland_____
    One of its Attorneys

Steven R. Smith, #3128231
Derek S. Holland, #6285564
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, Illinois  60601
Telephone:  (312) 602-5000
Facsimile:   (312) 602-5050

1

*and*

Dermot Sullivan
Bryan Cave LLP
1290 Avenue of the Americas
New York, New York  10104
Telephone: (212) 541-2135
Facsimile:  (212) 261-9855

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 29th day of February, 2008, a true and complete copy of the foregoing document was served, via the Court's electronic filing system, upon the following counsel of record:

Thomas B. Bacon, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL  33181

Jerome G. Silbert, Esq.
10 S. Riverside Plaza, Suite 1020
Chicago, Illinois  60606

                                                ___/s/ Derek S. Holland_____
                                                     Derek S. Holland