UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and BONNIE KRAMER, Individually, : : : : Plaintiffs, : : v. : : : STARWOOD CHICAGO TREMONT REALTY LLC, a Delaware Limited Liability Corporation, : : : Defendant. : : _____/ : | Case No. 08 c 389<br><br>Judge Nordberg<br>Magistrate Judge Keys |

## NOTICE OF FILING

To:   All Counsel of Record (see attached Certificate of Service)

PLEASE TAKE NOTICE that on February 29, 2008, Defendant Starwood Chicago Tremont Realty, LLC filed, with the U.S. District Court for the Northern District of Illinois, its (a) *Answer and Defenses to Plaintiffs' Complaint* and (b) its *Notification of Affiliates – Disclosure Statement*, true and correct copies of which are attached hereto and hereby served upon you.

Dated: February 29, 2008               Respectfully submitted,

                             STARWOOD CHICAGO TREMONT
                             REALTY LLC, a Delaware Limited
                             Liability Corporations,

                             By:    /s/ Derek S. Holland_____
                                    One of its Attorneys

Steven R. Smith, #3128231
Derek S. Holland, #6285564
Bryan Cave LLP
161 North Clark Street, Suite 4300
Chicago, Illinois  60601
Telephone:  (312) 602-5000
Facsimile:   (312) 602-5050

1

*and*

Dermot Sullivan
Bryan Cave LLP
1290 Avenue of the Americas
New York, New York  10104
Telephone: (212) 541-2135
Facsimile:  (212) 261-9855

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 29th day of February, 2008, a true and complete copy of the foregoing document was served, via the Court's electronic filing system, upon the following counsel of record:

Thomas B. Bacon, Esq.
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL  33181

Jerome G. Silbert, Esq.
10 S. Riverside Plaza, Suite 1020
Chicago, Illinois  60606

           /s/ Derek S. Holland
                Derek S. Holland