UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Disabled Patriots of America, Inc., et al.

                              Plaintiff,

v.                                                          Case No.: 1:08–cv–00389
                                                              Honorable John A. Nordberg

Starwood Chicago Tremont Realty LLC

                              Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Arlander Keys for the purpose of holding proceedings related to: settlement conference.(tlp, )Mailed notice.

Dated: June 5, 2008

                                                                       /s/ John A. Nordberg

                                                                   United States District Judge