**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Disabled Patriots of America, Inc., et al.
                              Plaintiff,

v.                                                              Case No.: 1:08−cv−00389
                                                                Honorable John A. Nordberg

Starwood Chicago Tremont Realty LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2008:

   MINUTE entry before the Honorable Arlander Keys: Settlement Conference set for 7/23/2008 at 01:30 PM. All parties are to be represented at the settlement conference by an individual (other than their attorneys) with full authority to settle. The parties are to exchange (but not file) written settlement offers, copies of which are to be submitted to the court by 7/18/08. This is a requirement, not an option and no follow up calls for this information will be made by the court's staff. Failure to comply with this requirement is sanctionable.(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.