UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
---------------------------------- x
:
DISABLED PATRIOTS, INC. and BONNIE : Case No. 08 CV 00389
KRAMER, : Judge Nordberg
: Magistrate Judge Keys
        Plaintiffs, :
: **STIPULATION OF**
  -against- : **DISMISSAL WITH PREJUDICE**
:
STARWOOD CHICAGO TREMONT REALTY :
LLC :
:
        Defendant. :
---------------------------------- x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to this action, that this action shall be, and the same hereby is, dismissed with prejudice, without costs to either party as against the other and with neither party as a prevailing party. The Court may retain jurisdiction to enforce the terms of the Settlement Agreement. This Stipulation may be filed with the Court without further notice.

Dated: July 29, 2008

FULLER, FULLER & ASSOCIATES, P.A.    BRYAN CAVE LLP

By: __/s/ Thomas Bacon_____    By:___/s/ Derek Holland_____
   Thomas Bacon                            Derek Holland
   12000 Biscayne Blvd.                161 North Clark Street, Suite 4300
   Suite 609                                      Chicago, IL 60601
   North Miami, FL 33181               (312) 602-5000
   (305) 891-5199

  *Attorneys for Plaintiffs*                    *Attorneys for Defendant*

So Ordered:

_____
     U.S.D.J.