UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Disabled Patriots of America, Inc., et al.
                                    Plaintiff,

v.                                                          Case No.: 1:08−cv−00389
                                                            Honorable John A. Nordberg

Starwood Chicago Tremont Realty LLC
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

    MINUTE entry before the Honorable Arlander Keys: The Parties having filed a stipulation of dismissal of this case, the status hearing set for 8/18/2008 is stricken. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Judge Arlander Keys no longer referred to the case.(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.