## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Disabled Patriots of America, Inc., et al.

                                        Plaintiff,

v.                                                        Case No.: 1:08–cv–00389
                                                          Honorable John A. Nordberg

Starwood Chicago Tremont Realty LLC

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable John A. Nordberg: Status set for 9/25/2008 is stricken. It is hereby stipulated and agreed this case is dismissed with prejudice, without costs to either party as against the other and with neither party as a prevailing party.Civil case terminated. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.